MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
AMANDA A. EBERT, ESQ.
Nevada Bar No. 12731
E-mail: Amanda.Ebert@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIXANDRA ORNELAS-CLAVEL, <br><br> Plaintiff, <br><br> v. <br><br> CARDENAS MARKETS, INC.; DOES I –X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants, | Case No.: 2:18-cv-325 <br><br> **Stipulation and Order for Dismissal with Prejudice** |

The parties stipulate to dismiss this matter with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP <br><br> */s/ Michael P. Lowry* <br> MICHAEL P. LOWRY, ESQ <br> Nevada Bar No. 10666 <br> 300 South Fourth Street, 11th Floor <br> Las Vegas, Nevada 89101-6014 <br> Tel: 702.727.1400/Fax: 702.727.1401 <br> Attorneys for Cardenas Markets, Inc. | DE CASTROVERDE LAW GROUP <br><br> */s/ Michael S. Matzke* <br> MICHAEL S. MATZKE, ESQ. <br> Nevada Bar No. 14583 <br> 1149 S. Maryland Parkway <br> Las Vegas, NV 89104 <br> Tel: 702.964.1748/Fax: 702.383.8741 <br> Attorneys for Lixandra Ornelas-Clavel |

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: November 16, 2018.